UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LOUISIANA ENERGY GATEWAY LLC ET AL      CIVIL ACTION NO. 24-cv-1266

VERSUS                             JUDGE EDWARDS

ENERGY TRANSFER PARTNERS L P ET AL   MAGISTRATE JUDGE HORNSBY

**ORDER OF REMAND**

Defendants removed this case based on an assertion of federal question jurisdiction. Plaintiffs filed a Motion to Remand (Doc. 14) and asked for an award of attorney's fees. Defendants responded that, due to a recent federal agency order, they consented to remand but opposed a fee award. Plaintiffs filed a reply and maintained their request for fees. Since then, Plaintiffs' counsel has advised the court that they agree to withdraw their attorney's fee claim in order to expedite remand. Based on the agreement of the parties, the **Motion to Remand (Doc. 14)** is **granted**, the request for attorney's fees is denied as moot, and the Clerk of Court is ordered to remand this civil action to the 42nd Judicial District Court, DeSoto Parish, Louisiana.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 7th day of November, 2024.

**Mark L. Hornsby**
**U.S. Magistrate Judge**