RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 2 5 2024

BY: DANIEL J. McCOY, CLERK

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK**

RCVD & FILED DESOTO PA
NOV 18 '24 PM 3:28

November 8, 2024

Jeremy Evans, Clerk of Court
42nd Judicial District Court
DeSoto Parish
P O Box 1206
Mansfield, LA 71052

---

In re: Civil Action No. 5:24-cv-01266-JE-MLH
LOUISIANA ENERGY GATEWAY LLC ET AL V. ENERGY TRANSFER PARTNERS L P ET AL
Your Case No. 85294-A

Dear Clerk:

Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith a certified copy of our docket sheet and the Judgment or Order to Remand.

The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is: http://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

Please acknowledge receipt on the enclosed copy of this letter.

ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO THE RECEIVING COURT NAMED ABOVE.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE November 8, 2024.

DANIEL J. MCCOY
CLERK OF COURT

A Miletello
DEPUTY CLERK OF COURT